EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 423-2015-02336 |
| | | and EEOC |

_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Iris G. Juchem | (662) 385-6891 | ███████ |

| Street Address | City, State and ZIP Code |
|---|---|
| 207 W. Monroe Avenue, Greenwood, MS 38930 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FARMERS GRAIN TERMINAL, INC | 15 - 100 | (662) 332-0987 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1997 Harbor Front Industrial Park, P. O. Box 1796, Greenville, MS 38702 | |

**RECEIVED**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SEP 2 8 2015 | | |

| Street Address | City, State and ZIP Code |
|---|---|
| U.S. EEOC/JAO | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest: 08-24-2015   Latest: 09-16-2015 |
| ☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))

In 2007, I began full-time employment with the company. I worked at the facility in Greenwood, Mississippi. Of approximately 12 full-time employees my job site, I was the only female working full-time. My duties as a weigher-grader involving computer work and doing payroll. After my had surgery in July 2015 and attempted to return to work on August 24, 2015, the managers refused to accept my doctor's release, and they would not let me return to work. On September 16, 2015, I received a termination letter.

When I attempted to return to work in August 2015, my managers told me that I needed to be 80% better. They said that I was not 80% better and needed additional time off to get better, and that I needed to return to my surgeon. They said that I needed to have two additional releases to return to work – one from my surgeon and one from my primary doctor.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _9/24/15_  _Iris Juchem_ Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 423-2015-02336 |

and EEOC

_State or local Agency, if any_

I believe that the company discriminated against me in violation of the American with Disabilities Act of 1990, as amended, because I have a record of having a disability from my surgery in July 2015. Although I had submitted releases to return to work from my surgeon and from my primary doctor, I was not allowed to work. But before I had the doctor visits to obtain the additional releases to return to work, the company terminated my employment because they regarded me as having a disability. I was denied the opportunity to work during the company's busiest season and I was fired, although I was able to perform the duties of my job.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 09/24/15     _Charging Party Signature_<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>_(month, day, year)_ |