## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**IRIS JUCHEM**                                                                                          **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 4:20-cv-00019-MPM-JMV**

**FARMERS GRAIN TERMINAL, INC.**                                              **DEFENDANT**

### ORDER DENYING MOTION TO STAY

This matter is before the court upon the motion of the defendant to stay discovery pending a ruling on the [4] motion to dismiss for failure to state a claim. L. U. Civ. R. 16(b)(3) limits the stay of discovery to specific instances. Generally, the Rules only prompt the court to stay discovery when: a motion containing an immunity or jurisdictional defense is filed; there is a suggestion of bankruptcy; or a motion to compel arbitration is filed. As the filing of a Rule 12(b)(6) motion does not call for a stay, and the defendant has provided no authority that would otherwise persuade the court to order a stay, the court finds that the motion is not well taken and should be denied.

IT IS THEREFORE ORERED, that the motion to stay discovery is hereby DENIED.

**SO ORDERED** this, the 16th day of April, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**